# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Mr. Lynn VanPatten & Daniel Izzo,            Case Number:
POA for Mr. Lynn VanPatten,

        Plaintiff's              507cv815(FJS/GJD)

  -v

The City of Syracuse

        Defendant.

[X] Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** that the Plaintiff's request to withdraw his application to proceed in forma pauperis was granted and it is further

**ORDERED AND ADJUDGED,** that the Plaintiff's motion for a Temporary Restraining Order was denied, and it is further

**ORDERED AND ADJUDGED,** that this action was dismissed for failure to state a claim upon which the Court could grant relief, and it is further

**ORDERED AND ADJUDGED,** that Plaintiff's request for appointment of counsel is denied as moot.

All of the above pursuant to an Order of Senior United States District Court Judge Frederick J. Scullin, Jr., dated August 21, 2007.

Dated:    August 21, 2007          Lawrence K. Baerman, Clerk

*Clerk of Court*

*Marie N. Marra, Deputy Clerk*